UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE DANIEL CASTILLO-ANTONIO,

Plaintiff,

v.

NOSLEH ALI HUGAIS, et al.,

Defendants.

Case No. 14-cv-03319-EDL

**ORDER SETTING STATUS CONFERENCE**

On October 15, 2014, Plaintiff filed a Notice of Settlement. If this case has not been dismissed, the Court will hold a status conference on January 20, 2015 at 10:00 a.m. The parties shall file a status conference statement no later than January 13, 2015.

**IT IS SO ORDERED.**

Dated: Oct 20, 2014

ELIZABETH D. LAPORTE
United States Magistrate Judge